Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

          Case No.: 17−34208−RG
          Chapter: 13
          Judge: Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Grace Hwang
   14 East Hill Court
   Cresskill, NJ 07626

Social Security No.:
   xxx−xx−8292

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

    NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 2/23/18.

    Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: February 26, 2018
JAN: rah

                                              Jeanne Naughton
                                              Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                         Case No. 17-34208-RG
Grace Hwang                                                                    Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin             Page 1 of 1              Date Rcvd: Feb 26, 2018
                              Form ID: 148            Total Noticed: 8

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 28, 2018.
db          +Grace Hwang,   14 East Hill Court,   Cresskill, NJ 07626-1746
cr          +HSBC BANK USA, NATIONAL ASSOCIATION, AS TRUSTEE,   Robertson, Anschutz & Schneid, P. L.,
              6409 Congress Avenue, suite 100,   6409 Congress Avenue, suite 100,
              Boca Raton, FL 33487-2853
517205636   +BERGEN COUNTY SHERIFF DEPT.,   10 MAIN STREET,   HACKENSACK, NJ 07601-7071
517205637   +HSBC BANK USA NA,   MORTGAGE SERVICE CENTER,   PO BOX 830,   BOWIE, MD 20718-0830
517205638   +KML LAW GROUP, PC,   216 HADDON AVENUE,   SUITE 406,   COLLINGSWOOD, NJ 08108-2812
517205639   +PAUL MICHAEL MARKETING,   15916 UNION TPKE STE 302,   FLUSHING, NY 11366-1955

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: usanj.njbankr@usdoj.gov Feb 27 2018 00:05:43     U.S. Attorney,   970 Broad St.,
               Room 502,   Rodino Federal Bldg.,   Newark, NJ 07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Feb 27 2018 00:05:42     United States Trustee,
               Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
               Newark, NJ 07102-5235
                                                                                              TOTAL: 2

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 28, 2018                             Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 26, 2018 at the address(es) listed below:
              Denise E. Carlon    on behalf of Creditor    HSBC BANK USA, NATIONAL ASSOCIATION, AS TRUSTEE
               dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com
              Kevin M. Buttery    on behalf of Creditor    HSBC BANK USA, NATIONAL ASSOCIATION, AS TRUSTEE
               bkyefile@rasflaw.com
              Kwangsoo Kim    on behalf of Debtor Grace  Hwang lawyerksk@gmail.com,    johnckim1@gmail.com,
               richardjcklaw@gmail.com,stevejcklaw@gmail.com;r43428@notify.bestcase.com
              Marie-Ann Greenberg     magecf@magtrustee.com
              Melissa A. Pena    on behalf of Creditor    HSBC BANK USA, NATIONAL ASSOCIATION, AS TRUSTEE
               mapena@nmmlaw.com,    pfreda@nmmlaw.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                              TOTAL: 6